UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GREGORY J. MERGENTHALER,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. CV-19-007-M-KLD<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is affirmed.

Dated this 27th day of August, 2019.

TYLER P. GILMAN, CLERK

By: /s/ Annie Puhrmann
Annie Puhrmann, Deputy Clerk